# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LARRY F. WILCOX  
PO BOX 1884  
ROCKFORD, IL  61110

SSN-xxx-xx-0020

Case Number: 07-72628

Case filed on: 10/30/2007  
Plan Confirmed on: 4/18/2008

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,010.39          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LARRY F. WILCOX | 0.00 | 0.00 | 92.73 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 92.73 | 0.00 |
| 001 | DLJ MORTGAGE CAPITAL INC | 590.47 | 0.00 | 0.00 | 0.00 |
| 002 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY TREASURER | 1,075.00 | 508.63 | 508.63 | 112.70 |
|  | Total Secured | 1,665.47 | 508.63 | 508.63 | 112.70 |
| 005 | ECAST SETTLEMENT CORPORATION | 2,013.40 | 2,013.40 | 2,013.40 | 87.23 |
| 006 | ECAST SETTLEMENT CORPORATION | 206.02 | 206.02 | 206.02 | 8.97 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 6,749.86 | 6,749.86 | 6,749.86 | 292.50 |
| 008 | ECAST SETTLEMENT CORPORATION | 973.70 | 973.70 | 973.70 | 42.25 |
| 009 | LVNV FUNDING LLC | 507.97 | 507.97 | 507.97 | 21.97 |
| 010 | TRANSAMERICA FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 7,523.12 | 7,523.12 | 7,523.12 | 326.04 |
|  | Total Unsecured | 17,974.07 | 17,974.07 | 17,974.07 | 778.96 |
|  | Grand Total: | 22,339.54 | 21,182.70 | 21,275.43 | 891.66 |

Total Paid Claimant:  $22,167.09  
Trustee Allowance:  $1,843.30  
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan